1  Douglas J. Campion (SBN – 75381)
2  doug@djcampion.com
   LAW OFFICES OF DOUGLAS J. CAMPION, APC
3  409 Camino Del Rio South, Suite 303
4  San Diego, California 92108
   Tel: 619.299.2091
5  Fax: 619.858.0034

6
7  *Counsel for Plaintiff and the Putative Class*

8  [Additional counsel appear on the signature page.]

9
                **IN THE UNITED STATES DISTRICT COURT**
10
11              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12  BRYAN TEAGUE, individually and           Case No. 16-cv-1768-BTM-MDD
13  on behalf of all others similarly
    situated,                                **PLAINTIFF'S NOTICE OF**
14                                           **VOLUNTARY DISMISSAL**
15              *Plaintiff*,                  **PURSUANT TO FED. R. CIV. P.**
                                             **41(a)**
16  *v.*
17                                           Complaint Filed:  July 7, 2016
18  LYFT, INC., a Delaware corporation,
19              *Defendant*.
20
21
22
23
24
25
26
27
28

1    PLEASE TAKE NOTICE that Plaintiff Bryan Teague, pursuant to Federal

2   Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his individual claims and

3   the claims of the putative class and subclass without prejudice. Federal Rule of Civil

4   Procedure 41(a)(1)(A) provides, in relevant part, that "the plaintiff may dismiss an

5   action without a court order by filing: (i) a notice of dismissal before the opposing

6   party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ.

7   P. 41(a)(1)(A)(i). Accordingly, all claims in this matter may be dismissed without an

8   Order of the Court.

9

10                                              Respectfully submitted,

11                                              **BRYAN TEAGUE**, individually and on

12                                              behalf of all others similarly situated,

13   Dated: November 7, 2016                    By: s/ Benjamin H. Richman

14                                                  One of Plaintiff's Attorneys

15
                                                Douglas J. Campion (SBN – 75381)
16                                              doug@djcampion.com
                                                LAW OFFICES OF DOUGLAS J. CAMPION, APC
17                                              409 Camino Del Rio South, Suite 303
                                                San Diego, California 92108
18
                                                Tel: 619.299.2091
19                                              Fax: 619.858.0034

20
                                                Benjamin H. Richman
21                                              (admitted *pro hac vice*)
22                                              brichman@edelson.com
                                                Elizabeth Winkowski
23                                              (admitted *pro hac vice*)
24                                              ewinkowski@edelson.com
                                                EDELSON PC
25                                              350 North LaSalle Street, 13th Floor
26                                              Chicago, Illinois 60654
                                                Tel: 312.589.6370
27                                              Fax: 312.589.6378
28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ari H. Marcus
(admitted *pro hac vice*)
ari@marcuszelman.com
Yitzchak Zelman
(admitted *pro hac vice*)
yzelman@marcuszelman.com
MARCUS ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 077712
Tel: 732.695.3282
Fax: 732.298.6256

*Counsel for Plaintiff and the Putative Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, Benjamin H. Richman, an attorney, hereby certify that on November 7, 2016, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)*** by causing true and accurate copies of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

s/ Benjamin H. Richman